

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00338-CV

| | | |
|---|---|---|
| BILLY THOMAS AND PAISANO READY MIX, INC., Appellants | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-272720-14) |
| V. | § | February 28, 2019 |
| ALICE REESE, Appellee | § | Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case, and, without regard to the merits, it is ordered that the judgment of the trial court is set aside and the case is remanded to the trial court for rendition of judgment in accordance with the parties' settlement agreement.

It is further ordered that Appellants Billy Thomas and Paisano Ready Mix, Inc. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack

Justice Dana Womack